IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLESANN CULP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:11-CV-1057-N-BK |
| v. | § | |
| | § | |
| DALLAS AREA RAPID TRANSIT, | § | |
| | § | |
| Defendant. | § | Pretrial Management |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DIRECTS that this case be remanded to the 192nd Judicial District Court of Dallas County, Texas. The clerk of the court is also ordered to include Defendant's *Motion for Summary Judgment* (Doc. 22) so that the state court judge may review and rule on the merits of the motion.

SO ORDERED this 24th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE